NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1283

HEWLETT-PACKARD COMPANY,

Plaintiff-Appellant,

v.

ACCELERON LLC,

Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-650, Judge Sue L. Robinson.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Hewlett-Packard Company (HP) moves to expedite briefing and oral argument in this appeal. Acceleron LLC consents.

HP states that it reached agreement with Acceleron concerning expediting of the briefing schedule. Based on the parties' agreement, the court agrees that expedited briefing is appropriate. With respect to oral argument, although HP has not shown that oral argument should be expedited, it is the usual practice of this court to assign cases to an oral argument calendar promptly after briefing is completed.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to expedite briefing is granted to the extent that HP's brief is due no later than April 22, 2009, Acceleron's brief is due within 30 days of the date of

service of HP's brief, and HP's reply brief and the appendix are due within seven days of the date of service of Acceleron's brief.

    (2)    The motion to expedite oral argument is denied.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK

cc:    Jason W. Cook, Esq.
       Charlene M. Morrow, Esq.

s17